## Order

**VIRGINIA:**

In the Court of Appeals of Virginia on Tuesday the 19th day of October, 1993.

Alvin McKay Wilson, Appellant

  against

Commonwealth of Virginia, Appellee.

Before Chief Judge Moon, Judges Baker, Barrow, Benton, Coleman, Willis, Elder, Bray and Fitzpatrick.

COUNSEL

William B. Kerekan, III (Bremner, Baber & Janus, on brief), for appellant.

Thomas C. Daniel, Assistant Attorney General (Stephen D. Rosenthal, Attorney General, on brief), for appellee.

## UPON A REHEARING EN BANC

OPINION

In *Wilson v. Commonwealth*, 16 Va. App. 213, 429 S.E.2d 229 (1993), a majority of a panel of this Court reversed the judgment of the trial court. Appellee's petition for rehearing *en banc* was granted and argued on September 10, 1993. Upon consideration whereof, we reverse the judgment of the trial court for those reasons set forth in the panel's majority opinion. Accordingly, the stay of this Court's April 6, 1993 mandate is lifted, and the mandate is reinstated.

Chief Judge Moon, Judges Baker and Willis would affirm the judgment of the trial court for those reasons set forth in the dissenting opinion of the panel's decision.

The trial court shall allow court-appointed counsel for the appellant an additional $200 for services rendered the appellant on the rehearing portion of this appeal, in addition to counsel's costs and necessary direct out-of-pocket expenses.